

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2018

No. 04-17-00005-CV

**ESTATE OF FRANCISCO RODRIGUEZ, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC0654-A
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

After this court granted Appellant's first motion for extension of time to file a motion for rehearing, Appellant's motion for rehearing was due on February 7, 2018. On the due date, Appellant filed a second motion for extension of time to file a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. Appellant requested an additional seven days.

Appellant's motion is GRANTED. The motion for rehearing is due on February 14, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court